# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| MAIA KORMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.  20-cv-1986 |
| vs. | ) | |
| | ) | Hon. Virginia Kendall |
| CITY OF CHICAGO, a municipal corporation,  Police Officer FELIPE DE LA GARZA, Police Officer NICOLE RODAK, Police Officer AGUSTIN CERVANTES, Police Officer ROBERT S. KUBON, Police Officer PAUL M. SADOSKI, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**To:** Jordan Marsh
Law Office of Jordan Marsh, LLC
5250 Old Orchard Road
Suite 300
Skokie IL 60077
p (312) 401-5510
jordan@jmarshlaw.com

    Pursuant to the Mandatory Initial Discovery Pilot Program standing order, Defendants are filing this <u>Notice of Service</u> using the Court's electronic filing system to document that <u>Defendants' Joint Responses to</u> <u>Mandatory Initial Discovery</u> has been served upon the above-listed counsel of record in this matter on the date of this filing.

Dated: August 28, 2020

                                             Respectfully submitted,

                                             */s/ Dortricia Penn*
                                             Dortricia Penn
                                             Assistant Corporation Counsel III

City of Chicago Law Department
30 North LaSalle Street, Suite 900
Chicago, IL 60602
(312) 744-2826 (Phone)
(312) 744-6566 (Fax)

Jennifer Bagby, Chief Assistant Corporation Counsel
Michelle McGee, Assistant Corporation Counsel III

## Certificate of Service

      I, the undersigned attorney, certify that I filed this document using the Court's electronic filing system on August 28, 2020. As a result, electronic copies of the filed document were served upon all counsel of record. Additionally, a copy of the filed document may have been provided to the Court depending upon the Court's standing order.

                                   */s/ Dortricia Penn*
                                   Dortricia Penn

To:

    Jordan Marsh
    Law Office of Jordan Marsh, LLC
    5250 Old Orchard Road
    Suite 300
    Skokie IL 60077
    p (312) 401-5510
    jordan@jmarshlaw.com

                                   */s/ Dortricia Penn*
                                   Assistant Corporation Counsel